IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC.,
*Plaintiff*,

v.

Civil No. JFM 8:12-cv-01201

DOES 1–14,
*Defendants*.

******

ORDER

For the reasons stated in my April 4, 2012 opinion, *Patrick Collins, Inc. v. Does 1–23*, JFM 8:12-cv-00087, it is, this 26th of April 2012

ORDERED

1. All Doe defendants are SEVERED from this action, except Doe defendant #1.

2. Plaintiff's claims against severed Doe defendants are DISMISSED without prejudice.

3. Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference (ECF No. 2) is GRANTED with respect to Doe #1.

/s/
_____

J. Frederick Motz